# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

RENE VALDIVIA and ALEXIS FREE,

                Plaintiff(s),

v.

DEREK PORSCH; GABRIEL CHRISTENSEN; DERICK SEATON; COBY GUST; and TODD JOHNSON, all Individually and in Their Official Capacities; CITY OF AUDUBON, IOWA; and AUDUBON COUNTY, IOWA,

                Defendant(s),

**CIVIL NUMBER:** 1:23-cv-00003-SHL-WPK

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendants' Motions for Summary Judgment are granted as it relates to Counts I through IX. The Court declines to exercise supplemental jurisdiction over Counts X through XII and dismisses those claims without prejudice. Judgment is entered in favor of Defendants and against Plaintiffs.

Date: February 26, 2024

                                            CLERK, U.S. DISTRICT COURT

                                            /s/ M. Mast
                                            By: Deputy Clerk